IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND J. TAFOYA,

    Plaintiff,                       No. CIV S-06-0634 DFL GGH P

    vs.

ROSEANNA CAMPBELL, et al.,

    Defendants.             ORDER

_____/

        Plaintiff has requested the appointment of counsel.  The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases.  <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989).  In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court does not find the required exceptional circumstances.  Plaintiff's request for the appointment of counsel will therefore be denied.

/////

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's August 17, 2006 request
2  for the appointment of counsel is denied.
3  DATED: 9/13/06                           /s/ Gregory G. Hollows
4                                           _____
                                             GREGORY G. HOLLOWS
                                             UNITED STATES MAGISTRATE JUDGE
5
   GGH:bb
6  tafo0634.31