BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MONICA N. ANDERSON
Supervising Deputy Attorney General
MICHELLE L. ANGUS, State Bar No. 210031
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 445-2395
 Fax:  (916) 324-5205

Attorneys for Defendant Campbell
SA2006302932

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAYMOND J. TAFOYA,** | CASE NO. 2:06-cv-0634 DFL GGH PC |
| Plaintiff, | **ORDER GRANTING DEFENDANT CAMPBELL'S FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| **ROSEANNE CAMPBELL, et al,** | |
| Defendants. | |

  Good cause appearing, Defendant Campbell is granted a thirty-day extension of time to respond to Plaintiff's Complaint.  Defendant Campbell's response to Plaintiff's Complaint shall be due on or before November 24, 2006.

Dated: 10/23/06        /s/ Gregory G. Hollows
                _____
                UNITED STATES MAGISTRATE JUDGE

tafo0634.po

tafo0634.po.wpd

[Proposed] Order Granting Defendant Campbell's First Request for Extension of Time to Respond to Complaint

1