IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND J. TAFOYA,

      Plaintiff,                    No. CIV S-06-0634 DFL GGH P

   vs.

ROSEANNA CAMPBELL, et al.,

      Defendants.           <u>ORDER</u>

_____/

      Plaintiff has requested an extension of time to file a response to the defendants' November 22, 2006 motion to dismiss.  Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's December 14, 2006, motion for an extension of time is granted;

      2. Plaintiff is granted until January 21, 2006, to file a response to the defendants' November 22, 2006, motion to dismiss; and

      3. There will be no further extension of time.

DATED: 12/19/06

                                       /s/ Gregory G. Hollows

                                       GREGORY G. HOLLOWS
                                       UNITED STATES MAGISTRATE JUDGE

GGH:009/bb
tafo0634.36